HERMAN A. D. FRANCK, V. (SBN 123476)
franckhermanlaw88@yahoo.com
**LAW OFFICES OF HERMAN FRANCK**
1801 Seventh Street, Suite 150
Sacramento, CA  95811
Telephone:  (916) 447-8400
Facsimile: (916) 447-0720

Attorney for Plaintiff
GRANITE OUTLET INC.

STEPHEN M. HAYES (SBN 83583)
shayes@hayesscott.com
LAUREN M. CASE (SBN 280629)
lcase@hayesscott.com
**HAYES SCOTT BONINO
ELLINGSON & McLAY, LLP**
203 Redwood Shores Parkway, Suite 480
Redwood City, California 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendant
HARTFORD CASUALTY INSURANCE COMPANY [erroneously sued as HARTFORD CASUALTY INSURANCE COMPANY, Inc.]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO DIVISION)

| | |
|---|---|
| GRANITE OUTLET, INC.,<br><br>        Plaintiff,<br><br>vs.<br><br>HARTFORD CASUALTY INSURANCE COMPANY [erroneously sued as HARTFORD CASUALTY INSURANCE COMPANY, Inc.] and Does 1 to 10, Inclusive,<br><br>        Defendant. | CASE NO.  2:14-CV-00575-GEB<br><br>[Formerly Sacramento County Superior Court Action No. 34-2013-00156499]<br><br>**[PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE SCHEDULED FOR JUNE 9, 2014**<br><br>Date:     June 9, 2014<br>Time:    9:00 a.m.<br>Courtroom: 10, 13th Floor<br>Judge:   Garland E. Burrell, Jr. |

1  By Stipulation of the parties, the status conference set for Monday, June 9, 2014 shall be
2  continued to August 18, 2014 at 9:00 a.m.  A joint status report shall be filed fourteen days prior to
3  the hearing.
4  IT IS SO ORDERED.
5  Dated:  May 23, 2014

```
_____
GARLAND E. BURRELL, JR.
Senior United States District Judge
```

520244                                                          -2-

**[Proposed] Order to Continue Status Conference**
**Case No. 2:14-CV-00575-GEB**