UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANITE OUTLET, INC., | 2:14-cv-00575-GEB-KJN |
| Plaintiff, | |
| v. | ORDER REQUIRING NOTICE OF RELATED CASES TO BE FILED; DEEMING DEFENDANT'S DISMISSAL MOTION WITHDRAWN |
| HARTFORD CASUALTY INSURANCE COMPANY, Inc., and Does 1 to 10, Inclusive, | |
| Defendant. | |

This Order issues after consideration of the following statement in Plaintiff's opposition to Defendant's motion to dismiss:

> We . . . bring to the court's attention the following related case: plaintiff had a pending federal civil rights against Christine Baker, Director of the Department of Industrial Relations, . . . Granite Outlet v. Christine Baker, USDC EDCA Case No. 14-cv-00124-TLN-EFB, alleging that the appeal bond requirements of Labor Code section 98.2(b) and other practices of the Labor Commissioner are unconstitutional. We will file a Notice of Related case shortly.

(Pls.' Opp'n to Def.'s Mot. to Dismiss, 20: 10-16, ECF No. 13.) However, Local Rule 123(b) prescribes: "Counsel who has reason to believe that an action on file . . . may be related to another action on file . . . shall <u>promptly</u> file in each action and serve

1

on all parties in each action a Notice of Related Cases." E.D. Cal. L.R. 123(b) (emphasis added). It should be evident that a purpose of this rule is to provide the judge making the related case decision time to make that decision before a judge assigned the later-filed case expends judicial resources deciding a matter in the later-filed case. See E.D. Cal. L.R. 123(c) ("If the Judge to whom the action with the lower or lowest number has been assigned determines that assignment of the actions to a single Judge is likely to effect a savings of judicial effort or other economies, that Judge is authorized to enter an order reassigning all higher numbered related actions to himself or herself.")  In light of Plaintiff's indication that Notice of Related Cases documents should have been filed, said documents shall be filed no later than 11:59 p.m. on Monday, June 23, 2014.  Therefore, Defendant's pending dismissal motion, (ECF No. 6), is deemed withdrawn. The motion can be re-noticed for hearing after a decision issues on the referenced Notice of Related Cases documents.

Dated:  June 18, 2014

GARLAND E. BURRELL, JR.
Senior United States District Judge

2